**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6161**

_____

UNITED STATES OF AMERICA,

        Petitioner – Appellee,

      v.

DARREL FISHER,

        Respondent - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:10-hc-02234-BR)

_____

Submitted: May 23, 2017                    Decided: May 26, 2017

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darrel Fisher, Appellant Pro Se. Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North Carolina; Robert J. Dodson, Special Assistant United States Attorney, Raleigh, North Carolina; David T. Huband, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel Fisher appeals the district court's order denying his pro se motion seeking vacatur of a commitment order and a discharge hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fisher*, No. 5:10-hc-02234-BR (E.D.N.C. Jan. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*